IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALEX BELFI, | : | |
| *Plaintiff* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| USAA FEDERAL SAVINGS | : | |
| BANK et al., | : | No. 22-2083 |
| *Defendants* | : | |

# ORDER

AND NOW, this 7th day of September, 2022, upon consideration of defendants MERSCORP Holding, Inc., Mortgage Electronic Registration Systems, Inc., Nationstar Mortgage LLC, and USAA Federal Savings Bank's first motion to dismiss (Doc. No. 10), Wells Fargo Bank's motion to dismiss (Doc. No. 14), USAA Federal Savings Bank's motion to dismiss (Doc. No. 17), and Plaintiff's motion in opposition (Doc. No. 18), for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** as follows:

1. The defendants' first motion to dismiss (Doc. No. 10) is **DEEMED MOOT**;

2. Wells Fargo Bank's motion to dismiss (Doc. No. 14) is **GRANTED**;

3. USAA's motion to dismiss (Doc. No. 17) is **GRANTED**;

4. Mr. Belfi's motion in opposition (Doc. No. 18) is **DENIED**;

5. Mr. Belfi's federal claims (Fair Debt Collections Practices Act, Fair Credit Reporting Act, Racketeer and Corrupt Organizations Act, and Lanham Act) are **DISMISSED WITH PREJUDICE**; and

6. Mr. Belfi's state law claims are **DISMISSED WITHOUT PREJUDICE**.

7. The Clerk of Court is **DIRECTED** to close this case for all purposes, including statistics.

1

BY THE COURT:

_____
**GENE E.K. PRATTER**
UNITED STATES DISTRICT JUDGE